R. Brian Tanner, James Christian Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Respondents–Appellees.

Before TJOFLAT, CARNES and BLACK, Circuit Judges.

PER CURIAM:

James Chaplin, a counseled federal prisoner, appeals the district court's order dismissing his petition for writ of habeas corpus, under 28 U.S.C. § 2241, for failure to state a claim. His claim is that he was wrongly sentenced under the Armed Career Criminal Act, 18 U.S.C. § 924(e)(1), because of an escape conviction that *Begay v. United States,* 553 U.S. 137, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), and *Chambers v. United States,* 555 U.S. 122, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009), make clear is not a "violent felony" within the meaning of 18 U.S.C. § 924(e)(2)(B), and that as a result of the error he was sentenced to a term of imprisonment beyond the statutory maximum applicable to his crime. Our decision in *Gilbert v. United States,* 640 F.3d 1293 (11th Cir.2010), did not decide that issue. *See id.* at 1295, 1306–07, 1312, 1316, 1319 n. 20, 1323. The Government concedes that Chaplin's allegations, if true, do state a claim.

We exercise our discretion to accept in this case the Government's concession that Chaplin may present his claim in a § 2241 petition, and we remand to the district court for further proceedings on the merits of Chaplin's habeas claim to determine if the allegations of his petition are true.

**VACATED and REMANDED for further proceedings.**

Yvira **BAEZ**, Plaintiff–Appellant,

v.

**POTAMKIN HYUNDAI, INC.,** Defendant–Appellee.

No. 11–13568

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 16, 2012.

Raymond G. Ingalsbe, Raymond G. Ingalsbe, PA, Palm Beach Gardens, FL,

Timothy Carl Blake, Attorney at Law Timothy Carl Blake, Miami, FL, for Plaintiff–Appellant.

Timothy John Grecsek, Kurkin Forehand Brandes, Aventura, FL, Robert Craig Spickard, Kurkin Forehand Brandes, LLP, Tallahassee, FL, for Defendant–Appellee.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

The rulings of the District Court in granting the Defendant's Motion for Summary Judgment; in denying the Plaintiff's Motion for Partial Summary Judgment; and in dismissing the Plaintiff's Second Amended Complaint are affirmed for the reasons set forth in the June 14, 2011 Report and Recommendation of the United States Magistrate Judge, which was adopted by the District Court on July 11, 2011.

**AFFIRMED.**